# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DAVID R. MILLS,**

      **Plaintiff,**

**v.**                           **Case No.  8:05-cv-1534-T-30MAP**

**CHOICEPOINT SERVICES, INC.,**

      **Defendant.**

_____/

## ORDER OF DISMISSAL

    Before the Court is the Notice of Settlement (Dkt. #13).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice, each party bearing their own attorney's fees and costs..

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on February 8, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1534.dismissal.wpd